RECEIVED

2012 FEB 24  PM 2: 5:

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_Lourdes Gabikagojeaskoa_

(Name of plaintiff or plaintiffs)

v.      CIVIL ACTION NO. _____

_University of Memphis_

(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _Lourdes Gabikagojeaskoa_
(name of plaintiff)

is a citizen of the United States and resides at _99 North Main Street # 1101_
(street address)

_Memphis_         _U.S.A._           _TN_
(city)             (country)         (state)

_38103_                           _901-521-1012_
(zip code)                        (telephone number)

Revised 4-18-08

3. Defendant _University of Memphis_
   (defendant's name)
lives at, or its business is located at _341 Administration Bldg_
   (street address)
_Memphis, TN 38152_

4. Plaintiff sought employment from the defendant or was employed by the defendant at
_341 Administration Bldg_
   (street address)
_Memphis_   _U.S.A_   _TN_   _38152_
(city)   (country)   (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _30_   _5_   _2011_
   (day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
   (day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _9_   _12_   _2011_.
   (day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _15_   _12_   _2011_. (Attach a copy of the notice to this complaint.)
   (day) (month) (year)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ✓ national origin, defendant

   (a) ___ failed to employ plaintiff.

   (b) ✓ terminated plaintiff's employment.

   (c) ___ failed to promote plaintiff.

   (d) ___ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows: _I was denied tenure, I Appeal the decision, and the Appeal was in my favor. Final decision → My contract is going to finish in de final of 2011-2012 academic year._

11. The acts set forth in paragraph 9 of this complaint

  (a) _✓_ are still being committed by defendant.

  (b)____ are no longer being committed by defendant.

  (c)____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

  (a) ____ Defendant be directed to employ plaintiff, or

  (b) ____ Defendant be directed to re-employ plaintiff, or

  (c) ____ Defendant be directed to promote plaintiff, or;

  (d) ____ Defendant be directed to _re-employ and promote plaintiff_

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08