UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**LOURDES GABIKAGOJEASKOA,**

    **Plaintiff,**

v.                                                                    Cv. No. 12-2151-JTF

**UNIVERSITY OF MEMPHIS,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal Granting Defendant's Motion for Summary Judgment, Denying Motion to Continue Deadlines as Moot, Certifying Appeal Not Taken in Good Faith and Denying Leave to Proceed *In Forma Pauperis* on Appeal docketed on March 26, 2013.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE    CLERK

March 26, 2013                            s/Lorri Fentress
DATE                                           (BY) LAW CLERK